IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00565-WYD-CBS

JERRY W. McCLENNY,
an individual; and
TAMI S. McCLENNY,
an individual,

      Plaintiffs,

v.

SECURITY TITLE GUARANTY CO.,
a Colorado corporation, d/b/a Security Title
Guaranty of San Miguel County, Inc.;
MICHAEL E. CATLIN,
an individual; and
LYSA M. CATLIN,
an individual,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS ORDERED that parties' Joint Motion for Stipulated Protective Order (*doc. # 18)* is GRANTED. The proposed stipulated protective order (*doc. no. 19)* is accepted by the court. However parties are instructed that Paragraph 12 does not supercede D.C.COLOL.CIVR. 7.2. In the event that any materials marked "confidential" are filed in this matter, counsel will still be required to comply with all provisions of Local Rule 7.2.

**DATED:**      June 12, 2009